**Rule 1920.76.  Form of Divorce Decree.**

A decree in divorce shall be substantially in the following form:

**(Caption)**

**DECREE**

AND NOW, _____, **[19] 20**_____, it is ordered and decreed that _____, plaintiff, and _____, defendant, are divorced from the bonds of matrimony.

**The parties shall reaffirm or change the beneficiary status on any life insurance policies, annuity contracts, pensions, profit sharing plans, or other contractual arrangements providing for payment to a spouse if it is the intention of one of the parties to keep or change the other party as a beneficiary.  Failure to do so may result in revocation of the beneficiary designation pursuant to 20 Pa.C.S. § 6111.2 (Effect of Divorce or Pending Divorce on Designation of Beneficiaries).**

The court retains jurisdiction of any claims raised by the parties to this action for which a final order has not yet been entered.

Any existing spousal support order shall hereafter be deemed an order for alimony pendente lite if any economic claims remain pending.

BY THE COURT:


*[Note:]* **Comment:  Act 106 of 2022 amended 23 Pa.C.S. § 3323(b.1) to require the additional statement and warning to the form decree.**

The court may add any other provisions which it deems necessary.

**[EXPLANATORY COMMENT--1983**
**See Explanatory Comment following Rule 1920.73.**

**EXPLANATORY COMMENT--1988**
**The amendment to Rule 1920.76 revises the form of divorce decree so that the court will no longer be required to list the claims as to which a final order has not been entered at the time of entry of the final divorce decree. Rather, the decree will simply state that the court retains jurisdiction over unresolved issues.]**